AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| SANDRA SHEPHERD and EARL SHEPHERD, individually,<br>*Plaintiff(s)*<br><br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-4,<br>*Defendant(s)* | Civil Action No. 20-cv-14157 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    U.S. BANK, NATIONAL ASSOCIATION
    425 WALNUT STREET
    CINCINNATI, OHIO 45202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jeff Barnes, Esq.
    W.J. Barnes, P.A.
    1515 N. Federal Hwy., Ste. 300
    Boca Raton, FL 33432
    jeff@wjbarneslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 20, 2020



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts